

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2020

No. 04-19-00798-CV

Stephen W. **MABERY** and Damon Thorpe,
Appellants
v.

**MORANI RIVER RANCH HOLDINGS LP, MORANI GP LLC**, Morani River Ranch LLC,
Kevin L. Reid and Stewards of Wildlife Conservation Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI03565
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Unopposed Motion for Extension of Time to file Appellant's Reply Brief is hereby GRANTED. Time is extended until October 5, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court